IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Maurice Chapman, Sr., :
:
     Plaintiff(s), :
: Case Number: 1:13cv331
   vs. :
: Chief Judge Susan J. Dlott
Gary Mohr, et al., :
:
     Defendant(s). :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on June 11, 2013 a Report and Recommendation (Doc. 4). Subsequently, the plaintiff filed a letter/objections to such Report and Recommendation (Doc. 7).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's complaint is **DISMISSED** with prejudice on the ground that plaintiff fails to state a claim upon which relief may be granted.

The Court certifies pursuant to 28 U.S.C. § 1915(a) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith and therefore **DENIES** plaintiff leave to appeal *in forma pauperis*. Plaintiff remains free to apply to proceed in forma paupris in the Court of Appeals. *See Callihan v. Schneider,* 178 F.3d 800, 803 (6th Cir. 1999), overruling in

part *Floyd v. United States Postal Serv.,* 105 F.3d 274, 277 (6th Cir. 1997).

      IT IS SO ORDERED.


                                            ___s/Susan J. Dlott_____  
                                            Chief Judge Susan J. Dlott  
                                            United States District Court